# CASES

## ARGUED AND DETERMINED

IN

# THE SUPREME COURT

OF

## THE STATE OF MISSOURI,

JULY TERM, 1860, AT JEFFERSON CITY.

---

THE STATE, Appellant, v. LITTLEPAGE, Respondent.

1. A motion to quash a *scire facias* upon a forfeited recognizance should not be sustained, if sufficient appear upon the entries and files of the court to entitle the State to an award of execution.

*Appeal from Webster Circuit Court.*

W. S. Littlepage was indicted in the Webster circuit court for gaming. He entered into a recognizance with W. S. Tolley and Hamilton McAnally as securities to appear at the October term, 1859, of the Webster circuit court. He failed to appear and his recognizance was declared forfeited, and judgment rendered against him and his securities. On the 2d of December, 1858, a *scire facias* issued in the following form: "State of Missouri—County of Webster, ss. The State of Missouri to the sheriff of Webster county greeting: Whereas at the October term of the Webster circuit court, A. D. 1858, the recognizance of W. S. Littlepage, William S. Tolley and

Hamilton McAnally was forfeited for the sum of one hundred dollars — said recognizance being conditioned that the said W. S. Littlepage, the principal in said recognizance, shall make his personal appearance before the judge of the Webster circuit court on the first day of the October term, 1858, to answer a bill of indictment there pending against the said W. S. Littlepage for gaming; and whereas the said W. S. Littlepage failed to make his personal appearance before the judge of the Webster circuit court according to the tenor of his said recognizance; and the said W. S. Tolley and Hamilton McAnally, his said recognizors, failed to bring into the said court the body of the said W. S. Littlepage to answer the charge aforesaid, according to the tenor of said recognizance, by reason of which failure their said recognizance was forfeited as aforesaid, whereby the State of Missouri obtained a judgment against the said W. S. Littlepage, W. S. Tolley and Hamilton McAnally for the sum of one hundred dollars. These are therefore to command you to summon the said W. S. Littlepage, W. S. Tolley, and Hamilton McAnally to be and appear before the judge of the Webster circuit court on the first day of the next term thereof, which will be begun and held at the court-house in the town of Marshfield, in Webster county, Missouri, on the second Monday of April, 1859, then and there to show cause, if any they can, why execution should not issue on said judgment for the said sum of one hundred dollars, and costs and charges in their behalf laid out and expended. Hereof fail not, and have you then and there this writ, with your execution of the same endorsed thereon. Witness my hand and official seal, at office, on this 2d day of December, 1858. John Foster, clerk."

This writ the defendant moved the court to quash for the following reasons: because there is no sufficient recital of the record, or of any record, to require defendant to plead to the same; because there are no parties defendant by any name known to the law; because it does not appear that defendants ever entered into any recognizance of which this

court has jurisdiction; because the facts recited in said writ are insufficient to require defendants to answer the same or upon which final judgment can be entered up.

The court sustained the motion.

*Knott*, (attorney general,) for the State.

*Parsons & Price*, for respondent.

NAPTON, Judge, delivered the opinion of the court.

This case is determined by the decision in The State v. Randolph, 22 Mo. 474. The *scire facias* ought not to have been quashed, and the judgment of the circuit court to that effect will be reversed and the case remanded.